# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00075-CV

### In the Matter of J. D.

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
### NO. 13-0147-J395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J.D., a juvenile, was found to have engaged in delinquent conduct, specifically the offenses of indecency with a child by contact and indecency with a child by exposure, and is appealing an order placing him on juvenile probation until his 18th birthday. The State's brief was originally due on July 7, 2014, and the State has been granted three extensions, for a total of 90 days. The State has now filed a fourth motion for extension of time, seeking an additional thirty days to file the brief, which would make the brief due on November 5, 2014. We grant the motion, extending the deadline to the following Monday, November 10, 2014. No further extensions will be granted.

It is ordered October 28, 2014.

Before Justices Puryear, Pemberton, and Field